**ORDERED.**

Dated: August 06, 2024

_____
Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

ENA ORZECHOWSKI,

             Debtor.
_____/

Case No. 3:23-bk-02599-BAJ
Chapter 13

**ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM**
**NO. 3 OF PINNACLE CREDIT SERVICES, LLC**

THIS PROCEEDING came for consideration upon the Debtor's Objection to Claim No. 3 of Pinnacle Credit Services, LLC, filed by the Debtor [Doc. No. 42] (the "Objection"). The Court finds that the Debtor's Objection was served upon the interested party with Local Rule 2002-4 negative notice legend informing the parties of the opportunity to object within thirty (30) days of the date of service. No party filed a response within the time permitted, therefore, considering the matter to be unopposed. Accordingly, it is

    **ORDERED:**

    1. The Debtor's Objection to Claim No. 3 by Pinnacle Credit Services, LLC, [Doc. No.

   42], is sustained.

2. The claim is disallowed, without any prejudice, to any right of claimant in any collateral it may hold.

Copies furnished to:

Marc E. Dwyer, Esquire, Attorney for Debtor, 2517 W Moody Blvd., Flagler Beach, FL 32136

Douglas W. Neway, Chapter 13 Trustee, PO Box 4308, Jacksonville, FL 32201

Pinnacle Credit Services, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603

Pinnacle Credit Services, LLC c/o David Lamb. Claims Processor, P.O. Box 10587, Greenville, SC 29603

Ena Orzechowski, 112 Whippoorwill Dr., Palm Coast, FL 32164

Attorney Marc E Dwyer is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.