**ORDERED.**

Dated: September 16, 2024

_Jason A. Burgess_
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

IN RE:  
ENA ORZECHOWSKI  
_____ Debtor

CASE NO.: 3:23-bk-02599-BAJ  
Chapter 13

**ORDER DENYING TRUSTEE'S MOTION TO DISMISS CASE (DE 55)**

This case is before the Court upon the Motion to Dismiss Case for Failure to Provide for Claims.

Upon hearing held on September 11, 2024, it is

ORDERED

The Trustee's Motion to Dismiss Case is denied.

Copies furnished to:
Debtor
Debtor's Attorney

Douglas W. Neway, Chapter 13 Trustee, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.